## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Michael Nippert,

    Plaintiff,

v.

    Case No. 1:04cv703

General Electric Aircraft Engines,

    Judge Michael H. Watson

    Defendant.

### AGREED ORDER

At the request of both parties, and the Court being duly and sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** this action be, and is, dismissed with prejudice, with each party to pay his/its own costs, including attorneys' fee.

**IT IS SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHAEL NIPPERT | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) Case No. | 1:04-cv-00703-MHW |
| v. | ) | |
| | ) Judge: | Michael H. Watson |
| GENERAL ELECTRIC AIRCRAFT ENGINES | ) | |
| | ) | |
| DEFENDANT | ) | |

**AGREE ORDER**

At the request of both parties, and the Court being duly and sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** this action be, and is, dismissed with prejudice, with each party to pay his/its own costs, including attorneys' fees.

Entered this ___ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE


AGREED TO:

*/s/ Michael Nippert*
Michael Nippert, Plaintiff

*/s/ Christian A. Jenkins*
Trial Attorney
Christian A. Jenkins

8

MEZIBOV & JENKINS, LLP
1726 Young Street
Cincinnati, OH 45202
*Counsel for Plaintiff,*
*Michael Nippert*

Trial Attorneys
Edwin S. Hopson
Angela McCorkle Buckler
WYATT TARRANT & COMBS, LLP
2600 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202-2898
*Counsel for Defendant,*
*General Electric Aircraft Engines*